

SHAREHOLDER REPRESENTATIVE SERVICES LLC, in its capacity as the Stockholders' Agent for the former securityholders of Calistoga Pharmaceuticals, Inc., Plaintiff Below–Appellant,

v.

GILEAD SCIENCES, INC. and Gilead Biopharmaceutics Ireland Corporation, Defendants Below–Appellees.

Gilead Sciences, Inc. and Gilead Biopharmaceutics Ireland UC, Counterclaimants Below–Appellees,

v.

Shareholder Representative Services LLC, in its capacity as the Stockholders' Agent for the former securityholders of Calistoga Pharmaceuticals, Inc., Counterclaim–Defendant Below–Appellant.

No. 162, 2017

Supreme Court of Delaware.

Submitted: November 1, 2017

Decided: December 12, 2017

Reargument Denied January 3, 2018

Court Below: Court of Chancery of the State of Delaware, C.A. No. 10537–CB

AFFIRM.

DELPHI PETROLEUM, INC., Plaintiff Below, Appellant and Cross–Appellee,

v.

MAGELLAN TERMINAL HOLDINGS, L.P., Defendant Below, Appellee and Cross–Appellant.

No. 47, 2017

Supreme Court of Delaware.

Submitted: October 11, 2017

Decided: December 12, 2017

Reargument Denied January 11, 2018

Court Below: Superior Court of the State of Delaware, C.A. No. N12C–02–302

AFFIRMED in part. REVERSED in part. REMANDED.

In the MATTER OF the Petition of James C. BELL for a Writ of Mandamus

No. 458, 2017

Supreme Court of Delaware.

Submitted: November 22, 2017

Decided: December 19, 2017

Rehearing En Banc Denied January 8, 2018

DISMISSED. Denied.